REV 09/18

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-cr-00261

## UNITED STATES OF AMERICA

V.

Judge: Eli Richardson

Hearing Date: 05/14/2026

AMONTE DIERRE SMITH

Location: ⊘ Nashville  ◯ Columbia  ◯ Cookeville

Court Reporter: Gary Schneider

(list each defendant appearing at hearing)

Court Interpreter:

# CRIMINAL MINUTES

Government Attorney(s): Herbert Bunton

Defense Attorney(s): Sunny Koshy

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☑
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Supervised release hearing held. The Court granted the Government's oral motion to dismiss the supervised release petition at docket entry 52. Order to enter.

Total Time in Court: 19 Minutes

Clerk of Court

by: Julie Jackson

Reset Form